**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Edward W. Rosensteel |
| Debtor 2 (Spouse, if filing) | Elizabeth M. Rosensteel |
| United States Bankruptcy Court for the: | Western District of PA (State) |
| Case number | 16-21005 |

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** OneMain Financial

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 9 4 6 9

**Property address:** 913 Lawrence Street
Number    Street

Monongahela    PA    15063
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 12 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | Edward | W. | Rosensteel | Case number (if known) 16-21005 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Dana C. Potter
Signature

Date 04 / 20 / 2021

Print: Dana C Potter
First Name  Middle Name  Last Name

Title: Collection Support Rep

Company: OneMain Financial

*If different from the notice address listed on the proof of claim to which this response applies:*

Address
Number  Street

City  State  ZIP Code

Contact phone ( 800 ) 266 - 9800

Email cbp@omf.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:   
Edward W  Rosensteel  
Elizabeth M. Rosensteel  
Debtor

Chapter 13 No.16-21005

Judge Carlota M. Bohm

**CERTIFICATE OF SERVICE**

The undersigned states that on the 20th Day of April , 2021 , copies of OneMain Financial Services' Response to Notice of Final Cure Payment were served upon the following parties with the Clerk of the Court using the U.S. Mail  which will send notification of such filing to the following:

Christopher M. Frye  
Ste 2830 Gulf Tower, 707 Grant Street  
Pittsburgh, PA   15219  
chris.frye@steidl-steinberg.com  
Attorney for Debtor

Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA  15219  
Chapter 13 Trustee

And by depositing same in a United States postal receptacle, with first class postage affixed thereto,

addressed to:  
Edward W. & Elizabeth M. Rosensteel  
913 Lawrence Street  
Monongahela, PA  15063

_____  
Dana C. Potter, Collection Support Rep  
OneMain Financial Services  
P.O. Box 3251  
Evansville, IN 47731  
1-800-266-9800       cbp@omf.com

## ONEMAIN STATEMENT OF AFFILIATION

The OneMain family of financial services companies operates through a number of legal entities, some of which have used d/b/a's, changed names, and/or merged over the years. OneMain and its predecessors have also acquired loan portfolios from other creditors. Consequently, OneMain security interests are held under many different lienholder names. This Statement of Affiliation identifies the entities and corporate names through which OneMain does or has done business or is an assignee of with authority to release. **A Release of Lien under the name "OneMain" is effective for any lienholder name listed below, including said name without the entity designation "Inc." or "LLC":**

| | |
|---|---|
| American General | OneMain Financial of New York, Inc. |
| American General Auto Finance, Inc. | OneMain Financial of North Carolina, Inc. |
| American General Finance | OneMain Financial of Ohio, Inc. |
| American General Finance, Inc. | OneMain Financial of Pennsylvania, Inc. |
| American General Financial | OneMain Financial of South Carolina, Inc. |
| American General Financial Services, Inc. | OneMain Financial of Texas, Inc. |
| CitiFinancial Company | OneMain Financial of Washington, Inc. |
| CitiFinancial Consumer Services, Inc. | OneMain Financial of Wisconsin, Inc. |
| CitiFinancial Corporation | OneMain Financial of Wyoming, Inc. |
| CitiFinancial Corporation (CO) | OneMain Financial Services, Inc. |
| CitiFinancial Services, Inc. | OneMain Financial, Inc. |
| CitiFinancial Services, Inc. (GA) | OneMain Home Equity, Inc. |
| CitiFinancial Services, Inc. (MO) | OneMain Mortgage Services, Inc. |
| CitiFinancial Services, Inc. (OH) | Springleaf Auto Finance, Inc. |
| CitiFinancial Services, Inc. (TN) | Springleaf Consumer Loan, Inc. |
| CitiFinancial, Inc. | Springleaf Financial Services of Alabama, Inc. |
| CitiFinancial, Inc. (MD) | Springleaf Financial Services of America, Inc. |
| CitiFinancial, Inc. (MO) | Springleaf Financial Services of Arizona, Inc. |
| CitiFinancial, Inc. (TN) | Springleaf Financial Services of Florida, Inc. |
| CitiFinancial, Inc. (WV) | Springleaf Financial Services of Illinois, Inc. |
| CitiFinancial, Inc. NC | Springleaf Financial Services of Indiana, Inc. |
| Equity One, Inc. | Springleaf Financial Services of Louisiana, Inc. |
| OneMain | Springleaf Financial Services of New York, Inc. |
| OneMain Auto Finance, Inc. | Springleaf Financial Services of North Carolina, Inc. |
| OneMain Consumer Loan, Inc. | Springleaf Financial Services of Ohio, Inc. |
| OneMain Financial (HI), Inc. | Springleaf Financial Services of Pennsylvania, Inc. |
| OneMain Financial (WV), Inc. | Springleaf Financial Services of South Carolina, Inc. |
| OneMain Financial Group, LLC | Springleaf Financial Services of Texas, Inc. |
| OneMain Financial of Alabama, Inc. | Springleaf Financial Services of Washington, Inc. |
| OneMain Financial of Arizona, Inc. | Springleaf Financial Services of Wisconsin, Inc. |
| OneMain Financial of Florida, Inc. | Springleaf Financial Services of Wyoming, Inc. |
| OneMain Financial of Illinois, Inc. | Springleaf Financial Services, Inc. |
| OneMain Financial of Indiana, Inc. | Springleaf Home Equity, Inc. |
| OneMain Financial of Louisiana, Inc. | Springleaf Mortgage Services, Inc. |
| OneMain Financial of Minnesota, Inc. | State Financial Services - Springleaf, Inc. |

I am the Administrator of the OneMain Centralized Lien and Loan Administration Department. My responsibilities include overseeing OneMain's centralized lien release processes. This Statement of Affiliation may be relied upon as evidence of the relationships and authority identified herein.

Colorado: I certify, under penalty of perjury in the second degree as defined in C.R.S. 18-8-503, that the above information is true and correct to the best of my knowledge.

_____
Darin F. Messick
OneMain Centralized Lien and Loan Administration Department

State of Indiana      )
County of Vanderburgh ) ss:

This instrument was acknowledged before me on **August 22, 2017** by Darin F. Messick as Administrator of the OneMain Centralized Lien and Loan Administration Department.

_____
(Signature of notarial officer)      (Stamp)

SARA PAISLEY
Resident of Vanderburgh County, IN
Commission Expires: June 18, 2025

Auto Lien Release.v2 (003)

Page 2 of 2