**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    EDWARD W. ROSENSTEEL
    ELIZABETH M. ROSENSTEEL
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:16-21005

Chapter 13

Document No.:   58

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ____14th____ day of ____June____, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
6/14/21 12:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-21005-CMB
Edward W. Rosensteel  Chapter 13
Elizabeth M. Rosensteel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 3
Date Rcvd: Jun 14, 2021      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward W. Rosensteel, Elizabeth M. Rosensteel, 913 Lawrence Street, Monongahela, PA 15063-1927 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14260258 | + | Beneficial Consumer Discount Company (See 410), c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14198528 | | CCA, PO Box 806, Norwell, MA 02061-0806 |
| 14198529 | + | City of Monongahela, 449 West Main Street, Monongahela, PA 15063-2559 |
| 14198531 | | Corning Federal Credit Union, PO Box 1450, Corning, NY 14830-1050 |
| 14198530 | + | Corning Federal Credit Union, 100 8th Street, Charleroi, PA 15022-1619 |
| 14198534 | + | FNB Consumer Discount Company, 4313 Walnut St Unit 144, McKeesport, PA 15132-6129 |
| 14198532 | + | Fingerhut-Webbank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 14198533 | + | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15293217 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14198535 | | HFC, PO Box 5233, Carol Stream, IL 60197-5233 |
| 14325699 | + | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14198537 | | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14198538 | + | Med Express, 3433 William Penn Highway, Pittsburgh, PA 15235-5412 |
| 14198540 | | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14262797 | + | Peoples Natural Gas Company, LLC, 205 North Main Street, Butler, PA 16001, Attention: Barbara Rodgers 16001-4904 |
| 14198542 | | Quest Diagnostics, P. O. Box 64378, Baltimore, MD 21264-4378 |
| 14214708 | + | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14198543 | + | Ringold School District, 449 West Main Street, Monongahela, PA 15063-2563 |
| 14198544 | | Ringold School District, C/o Portnoff Law Associates LTD, Attn: Megan Iannacone, Esquire, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14198546 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14198547 | + | Washington County Tax Claim Bureau, 100 West Beau Street Ste. 205, Washington, PA 15301-4483 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: cbp@onemainfinancial.com | Jun 15 2021 00:27:04 | ONEMAIN FINANCIAL OF PENNSYLVANIA, INC., PO Box 3251, Evansville, IN 47731-3251 |
| 14198527 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2021 00:04:00 | Catherines-Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 14198539 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 15 2021 00:06:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14381554 | | Email/Text: peritus@ebn.phinsolutions.com | Jun 15 2021 00:06:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14198541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 00:27:12 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 1, Norfolk, VA 23502 |

| 14198545 | | Email/PDF: cbp@onemainfinancial.com | Jun 15 2021 00:27:04 | Springleaf Financial, PO Box 3251, Evansville, IN 47731-3251 |
|---|---|---|---|---|
| 14198548 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 15 2021 00:05:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | *+ | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | *+ | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14198536 | ## | HFC, P.O. Box 1231, Brandon, FL 33509-1231 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Christopher M. Frye | on behalf of Joint Debtor Elizabeth M. Rosensteel chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Edward W. Rosensteel chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| James R. Wood | on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Goldman Sachs Mortgage Company mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2     User: lfin     Page 3 of 3
Date Rcvd: Jun 14, 2021     Form ID: pdf900     Total Noticed: 31

S. James Wallace
         on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Thomas Song
         on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

TOTAL: 10